Cristian CERVANTES, Plaintiff–
Appellant,

v.

Janet A. NAPOLITANO, Secretary,
States Department of Homeland Secu-
rity (CBP and Border Protection) and
Billy Whitford, CBP Port Director at
Calexico, Defendants–Appellees.

No. 14–55172.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 4, 2016.

Filed Feb. 12, 2016.

Seyed Mohammad Reza Kazerouni, Kaz-
erouni Law Group APC, Santa Ana, CA,
for Plaintiff–Appellee.

Leslie Marie Gardner, Assistant U.S.,
Office of the U.S. Attorney, San Diego,
CA, for Defendant–Appellees.

Before: REINHARDT, PAEZ, and M.
SMITH, Circuit Judges.

MEMORANDUM *

Cristian Cervantes appeals the district
court's order denying his application for
relief under Federal Rule of Civil Proce-
dure 60. We reverse and remand with
instructions.

1. The district court's denial was based
in part on finding "a slight danger of prej-

* This disposition is not appropriate for publica-
tion and is not precedent except as provided

udice" to defendants that "may result"
from the delay attributable to Cervantes's
neglect. This finding lacked "support in
inferences that may be drawn from the
record." *Ahanchian v. Xenon Pictures,
Inc.*, 624 F.3d 1253, 1258 (9th Cir.2010).
The defendants did not oppose Cervantes's
application for relief, and at oral argument
before this court counsel for defendants
could not identify any actual prejudice
arising from Cervantes's neglect. "[T]he
mere possibility of prejudice from delay,
which is inherent in every case, is insuffi-
cient to require denial of a 60(b)(1) mo-
tion." *Bateman v. U.S. Postal Serv.*, 231
F.3d 1220, 1225 (9th Cir.2000) (quoting
*Hibernia Nat'l Bank v. Administracion
Cent. Sociedad Anonima*, 776 F.2d 1277,
1280 (5th Cir.1985)).

2. In light of the lack of prejudice, the
district court's finding of good faith, and
the reasonably prompt filing of the Rule
60(b) application, a proper exercise of dis-
cretion required granting Cervantes's ap-
plication for relief. On remand, the dis-
trict court shall enter an order providing a
reasonable period of time for Cervantes to
file a Second Amended Complaint.

**REVERSED AND REMANDED
WITH INSTRUCTIONS.**